IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL COLEMAN,

    Plaintiff,

v.

SWIFT TRANSPORTATION CO OF
ARIZONA, LLC,

    Defendant.

Case No. _____

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, SWIFT TRANSPORTATION CO OF ARIZONA, LLC ("Defendant"), hereby gives notice of removal of the case styled *Michael Coleman v. Swift Transportation Co of Arizona, LLC,* Case No. 2016-007684-CI, currently pending in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division.  As grounds, Defendant states as follows:

    1.    On December 6, 2016, Plaintiff filed his Complaint in the State Court Action.

    2.    Defendant was served with the Complaint on or about December 7, 2016.

    3.    Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's Complaint.  Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, motions, and orders then on file in the State Court Action is attached as **Exhibit A**.  No further proceedings have occurred in that case.

    4.    Removal is proper under federal question jurisdiction.

5.	With regard to federal question jurisdiction, Plaintiff's Complaint alleges causes of actions for violations of the Family and Medical Leave Act of 1993 (FMLA) 29 U.S.C. § 2601, *et seq.* Plaintiff's claims present questions of federal law. Therefore, this is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331 and may be removed to this Court under 28 U.S.C. § 1441(a). This Court has jurisdiction without regard to the amount in controversy or the citizenship of the parties

6.	Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the district and division within which the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, is located. Defendant consents to the removal.

7.	Venue is proper in this Court, in the Middle District of Florida, pursuant to the Local Rules of the United States District Court for the Middle District of Florida, and 28 U.S.C. § 1446(a).

8.	Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff and a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. *See* **Exhibit B.**

WHEREFORE, Defendant respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Michael Coleman v. Swift Transportation Co of Arizona, LLC,* Case No. 2016-007684-CI, from the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

DATED: January 5, 2017.    Respectfully submitted by,

                /s/ Caren S. Marlowe
                Caren Skversky Marlowe
                Florida Bar No. 514586
                caren.marlowe@ogletreedeakins.com
                OGLETREE, DEAKINS, NASH,
                  SMOAK & STEWART
                100 North Tampa Street, Suite 3600
                Tampa, Florida  33602
                T: (813) 289-1247; Fax: (813) 289-6530
                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Donna V. Smith
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
dsmith@efclaw.com
mcambronero@wfclaw.com

                */s/ Caren S. Marlowe*
                Attorney

28072163.1